# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD BOYD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 04-1446-GMS |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
| Respondent. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Richard Boyd, has applied for federal habeas relief challenging the place of his confinement.

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned and a substantial portion of the Appeals Division Deputies are presently involved in multiple death penalty cases. The undersigned anticipates completing the answer by April 21, 2005. This is Respondent's first request for an extension of time.

4.	Respondent submits that an extension of time to and including April 21, 2005 in which to complete the answer in this case is reasonable.

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE

/s/_____  
Gregory E. Smith, I.D. No. 3869  
Deputy Attorney General  
820 North French Street, 7th Floor  
Carvel State Building  
Wilmington, Delaware  19801  
(302) 577-8398

Dated:  April 5, 2005