# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD BOYD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  C.A.No. 04-1446-GMS |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
| Respondent. | ) |

## STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondent, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is a probationer, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 5, 2005