IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD BOYD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 04-1446-GMS |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
| Respondent. | ) |

ORDER

Whereas, Respondent Thomas Carroll has requested an extension of time in which to answer Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondent's answer shall be due on or before April 21, 2005.

_____
Gregory M. Sleet
United States District Judge