## CERTIFICATION OF SERVICE

The undersigned certifies that on April 5, 2005, he electronically filed the attached *Motion for Extension of Time* with the Clerk of Court using CM/ECF. The undersigned further certifies that on April 5, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Richard Boyd
SBI No. 00219235
Route 1, Box 149 D-1
Greenwood, Delaware 19950

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/_____
    Gregory E. Smith, ID # 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801
    (302) 577-8398