## CERTIFICATION OF SERVICE

The undersigned certifies that on April 19, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on April 19, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Richard Boyd
SBI No. 00219235
Route 1, Box 149 D-1
Greenwood, Delaware 19950

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398