IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD BOYD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 04-1446-GMS |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED STATE COURT RECORDS

1. The petitioner, Richard Boyd, has applied for federal habeas relief challenging his continued incarceration in the State of Delaware. (D.I. 2).

2. By the terms of the Court's order, the respondent is directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. On April 19, 2005, Respondent filed an Answer to Boyd's petition for writ of habeas corpus.

4. Due to the case load handled by Deputy Attorneys General in the Appeals Division, the undersigned has been unable to obtain and have certified from the state supreme court in Dover the certified state records in order to file them contemporaneously with the answer. The undersigned presently anticipates obtaining and copying the records on or before May 5, 2005.

4. Respondent submits that an extension of time to and including May 5, 2005 in which to file certified copies of the material portions of the state court records in this case is reasonable.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: April 19, 2005