IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD BOYD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 04-1446-GMS |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Whereas, Respondent Thomas Carroll has requested an extension of time in which to file certified copies of state court records to the answer to Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondent shall submit certified copies of state court records on or before May 5, 2005.

_____
Gregory M. Sleet
Judge
United States District Court