IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD BOYD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 04-1446-GMS |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| | ) | |
| Respondent. | ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Supreme Court records:

a. Appellant's Opening brief and appendix, filed April 8, 1999, *Boyd v. State*, No. 102, 1999.

b. State's answering brief and appendix, filed May 4, 1999, *Boyd v. State*, No. 102, 1999.

c. Order, dated July 1, 1999, *Boyd v. State*, No. 102, 1999.

d. Appellant's opening brief and appendix, filed October 25, 1999, *Boyd v. State*, No. 464, 1999.

e. State's answering brief and appendix, filed November 19, 1999, *Boyd v. State*, No. 464, 1999.

f. Order, dated January 28, 2000, *Boyd v. State*, No. 464, 1999.

Respondent hereby submits certified copies of the following Delaware Superior Court (Kent County) records:

g. Petition for writ of habeas corpus, filed February 28, 2003, No. 03M-02-016.

h. Order, dated February 28, 2003, No. 03M-02-016.

i. Petition for writ of habeas corpus, filed March 18, 2003, No. 03M-03-009.

j.  Order, dated March 19, 2003, No. 03M-03-009.

k.  Petition for writ of habeas corpus, filed March 25, 2003, No. 03M-03-017.

l.  Order, dated March 26, 2003, No. 03M-03-016.

m.  Petition for writ of habeas corpus, filed January 23, 2004, No. 04M-01-017.

n.  Order, dated January 29, 2004, No. 04M-01-017.

o.  Petition for writ of habeas corpus, filed February 11, 2004, 04M-02-010.

p.  Order, dated February 13, 2004, No. 04M-02-010.

q.  Petition for writ of habeas corpus, filed March 10, 2004, No. 04M-03-011.

r.  Order, dated March 11, 2004, No. 04M-03-011.

s.  Petition for writ of habeas corpus, filed August 16, 2004, 04M-08-005.

t.  Order, dated August 17, 2004, 04M-08-005.

u.  Petition for writ of habeas corpus, filed August 27, 2004, No. 04M-08-018.

v.  Order, dated August 30, 2004, No. 04M-08-018.

w.  Petition for writ of habeas corpus, filed September 27, 2004, No. 04M-09-014.

x.  Order, dated September 28, 2004, No. 04M-09-014.

y.  Petition for writ of habeas corpus, filed November 3, 2004, No. 04M-11-004.

z.  Order, dated November 8, 2004, No. 04M-11-004.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE


    /s/_____
    Gregory E. Smith, I.D. No. 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801

Dated: May 2, 2005    (302) 577-8398

Case 1:04-cv-01446-GMS    Document 13    Filed 05/02/2005    Page 3 of 3