## CERTIFICATION OF SERVICE

The undersigned certifies that on May 2, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on May 2, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Richard Boyd
SBI No. 00219235
Route 1, Box 149 D-1
Greenwood, Delaware 19950

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/_____
                                                Gregory E. Smith, ID # 3869
                                                Deputy Attorney General
                                                820 North French Street, 7th Floor
                                                Carvel State Building
                                                Wilmington, Delaware 19801
                                                (302) 577-8398